## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CHEESE SYSTEMS, INC., <br><br>         Plaintiff, <br>   v. <br><br> TETRA PAK CHEESE AND POWDER SYSTEMS, INC. <br><br> and <br><br> TETRA LAVAL HOLDINGS & FINANCE S.A., <br><br>         Defendants <br>   v. <br><br> CUSTOM FABRICATING & REPAIR, INC. <br><br>         Third Party Defendant. | Civil Action No. 11-CV-00021 (BBC) |

## STIPULATED JUDGMENT

Plaintiff Cheese Systems, Inc. and third party defendant Custom Fabricating and Repair Inc.
(collectively, "CSI") and defendants Tetra Pak Cheese and Powder Systems, Inc. and Tetra Laval
Holdings & Finance S.A. ("Tetra Pak") stipulate to a judgment on the following terms:

(1) The above captioned action is dismissed with prejudice;

(2) CSI shall pay $2,000,000 to Tetra Pak pursuant to the terms of the attached Agreement;

(3) The Stipulated Injunction previously entered in this actions shall remain in force;

(4) The Court shall retain jurisdiction for the purpose of enforcing the terms of the attached Agreement.

Dated: March 19, 2014

By: _____

John P. Fredrickson
James F. Boyle
Michael T. Griggs
Sarah M. Wong
BOYLE FREDRICKSON S.C.
840 N. Plankinton Ave.
Milwaukee, WI 53203
Telephone: 414-225-9755
Facsimile: 414-225-9753
Email: jpf@boylefred.com
Email: jfb@boylefred.com
Email: mtg@boylefred.com
Email: smw@boylefred.com
*Attorneys for Plaintiff Cheese Systems, Inc. and Third Party Defendant Custom Fabricating & Repair, Inc.*

Respectfully submitted,

By: _____

Philip L. Hirschhorn, Esq.
Min Yang, Esq. (*pro hac vice*)
BUCHANAN INGERSOLL & ROONEY PC
1290 Avenue of the Americas, 30th Floor
New York, NY 10104-3001
Phone: (212) 440-4470
Facsimile: (212) 440-4401
Email: philip.hirschhorn@bipc.com
Email: min.yang@bipc.com
S. Lloyd Smith, Esq.
BUCHANAN INGERSOLL & ROONEY PC
1737 King Street
Alexandria, VA
Phone: (703) 299-6620
Facsimile: (703) 836-2021
Email: lloyd.smith@bipc.com

Steven D. Czajkowski, Esq. (*pro hac vice*)
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, Pennsylvania 15219-1410
Phone: (412) 562-1696
Facsimile: (412) 562-1041
Email: steven.czajkowski@bipc.com

MERCHANT & GOULD P.C.
Edward J. Pardon, Esq.
Shane Brunner, Esq.
10 E. Doty Street, Suite 600
Madison, WI 53703
Phone: (608) 280-6750
Email: EPardon@merchantgould.com
Email: SBrunner@merchantgould.com

*Attorneys for Defendants*
*Tetra Pak Cheese and Powder Systems, Inc. and Tetra Laval Holdings & Finance S.A.*

2

SO ORDERED: *Barbara B. Crabb*

*March 19, 2014*

Honorable Judge Barbara B. Crabb


Judgment entered this *19th* day of March, 2014.

*Peter Oppeneer*

Peter Oppeneer, Clerk of Court

3

## AGREEMENT

Custom Fabricating and Repair, Inc. and Cheese Systems, Inc. (collectively "CSI") and Tetra Pak Cheese and Powder Systems, Inc., and Tetra Laval Holding and Finance S.A. (collectively "Tetra Pak"), the parties to the action styled *Cheese Systems, Inc. v. Tetra Pak Cheese and Powder Systems, Inc. and Tetra Laval Holdings & Finance S.A. v. Custom Fabricating & Repair Inc.,* 11-cv-0021-BBC (the "Civil Action"), hereby agree to permanently resolve the Civil Action. Accordingly, the parties hereby agree as follows:

- By March 21, 2014, CSI shall deposit $2,000,000.00 in escrow ("settlement funds") at a bank acceptable to Tetra Pak.

- No later than March 19, 2014, the parties shall notify the Court in the Civil Action of the settlement of this action and present the Court with a Stipulated Judgment acknowledging the settlement and dismissing the action with prejudice.

- The Court shall retain jurisdiction to enforce the terms of this Agreement.

- The settlement funds shall be released to Tetra Pak within 3 business days of the entry of the Stipulated Judgment.

- The parties agree that this Agreement shall be binding on all successors, privies, and assigns.

- Upon payment of the settlement funds to Tetra Pak, CSI and Associated Milk Producers, Inc. ("AMPI") shall receive a permanent release of all past claims by Tetra Pak for infringement of U.S. Patent 5,985,347 ("the '347 patent"), including for the 18 counterrotating HSCV cheese vats currently installed at AMPI's Jim Falls and Blair locations.

- Upon payment of the settlement funds, Tetra Pak and CSI do hereby mutually release each other, their successors and assigns from all claims past and present.

- CSI acknowledges the validity of the '347 patent and will permanently forego any and all challenges to the '347 patent in any and all forums, and further agrees not to aid or assist any third parties in challenging the validity of the '347 patent.

- The permanent injunction currently entered in the Court until expiration of the '347 patent shall be incorporated in the Stipulated Judgment presented to the Court.



- The parties further agree to a joint press release publishing the terms of this Agreement and the Stipulated Judgment by ~~March 21, 2014~~ approved by Olav Jaeger and Steve McCullough.    *April 4, 2014*

CSI and Tetra Pak, through their representatives below, warrant and represent that they have full authority to be bound to the terms above.

Olav Jaeger
On behalf of Tetra Pak Cheese and
Powder Systems, Inc.
Tetra Laval Holdings & Finance S.A.

Steve McCullough
On behalf of Custom Fabricating & Repair
Inc. and Cheese Systems, Inc.